IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

JAN 10 2019

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| GEORGE HARDIN, | CV 18–81–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| QK HOLDINGS, LLC d/b/a DENNY'S, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH

PREJUDICE, each party to pay its own costs. All pending motions are MOOT and

all deadlines are VACATED. The jury trial set for April 29, 2019, is VACATED.

DATED this 10th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court